IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BRIAN KEITH ROBERTS , | * |
| Plaintiff, | * |
| v. | Case No. 5:25-cv-00419-MTT-ALS |
| | * |
| WARDEN ANGELA PHAMS et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 21, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 24th day of November, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk